# EXHIBIT A

From: Angelopoulos, Dino
Sent: Thursday, November 30, 2017 1:50 PM
To: Robert Laskey; Barbara; Kennedy, Kimberly
Subject: RE: Hi


Bob


Nice to hear from you and glad that you and your family are doing well.

My family is doing well also and we all had a wonderful Thanksgiving weekend.

As of a month ago I am working three days a week, so the weekend come much sooner and it feels great.

Three days off a week seems to be just right.


Just like you and of course as it happens in every case when people dis-engage form the work place, we seldom hear from Barbara. Whenever we hear from her, she is doing well and we are glad for that.


You left us first and then Barbara followed your steps. As of last Wednesday we lost Kim to ALCOSAN, so it's very lonely here for me. I am left alone and I am sure how long I'll survive under these circumstances.

Time will tell.


Take care,


Dino

C. (Dino) Angelopoulos

██████████████████████

<<http://hdrinc.com/follow-us>> hdrinc.com/follow-us

**From:**      Angelopoulos, Dino
**To:**        Gilbert, Randall
**Subject:**   Resignation
**Date:**      Sunday, March 04, 2018 8:13:05 AM

My office space was more important to my managers than my services, so much so that I had 24 hours to clear the space. I hope they are happy now.

Please consider this as my resignation notice from HDR. I will not be coming back and will cut off any communication with HDR as of now.

My remaining paycheck and my approximately 120 hours of PTO can be direct deposited as my previous paychecks.

On top of your office desk you will find the HDR computer I was using as well as the pass cards to the building and to the gym.

Sincerely,

Constantine Angelopoulos

March 4, 2018

HDR000001

From: Kennedy, Kimberly
Sent: Tuesday, May 16, 2017 2:01 PM
To: Atoulikian, Rich
Subject: RE: UT for Dino, Mike and Jason

Hi Rich,


I just sent another note to the Boston project manager, I'll let you know.


Mike, Jason and Dino will be working on a Suez WTP Traveling Screen.  That should be starting this week or next, it's out of Mahwah.


Jim Beninati also has some work for these folks beginning by the end of the month.


Also, Mike and Jason are plugged in for the Peachblow PS beginning soon.


Jason will also be on PTO May 25, 26 and 30.


Last week for Terry was just a blip.  He's good; overbooked really.  He was doing some 3D training in preparation for a job w/ Jim B.


I'll let you know when I hear back from Boston.


Kim


Kim Kennedy, PE
████████████████████

<http://hdrinc.com/follow-us> hdrinc.com/follow-us

From: Atoulikian, Rich
Sent: Tuesday, May 16, 2017 10:32 AM
To: Kennedy, Kimberly <██████████████>
Subject: UT for Dino, Mike and Jason

Hi Kim

I hope you're feeling better.

Do we have any updates on the immediate utilization forecast for Dino, Mike Paine or Jason to move them back towards goal?

Anything from Resources, or the 8th Floor?  Did the structural work from Boston, that Mike Crall mentioned to me ever materialize?

Also, I noticed Terry was low last week, was that just a blip?

If easier to talk on the phone, I'm at my desk.

Thanks
Rich

Rich Atoulikian PMP BCEE PE

Vice President/Northeast Client Service Manager

HDR

1100 Superior Ave, Suite 650
Cleveland, Ohio 44114
████████████████████████████████████████

<http://hdrinc.com/follow-us> hdrinc.com/follow-us

HDR000003

**From:**  Welle, Meredith
**To:**  Pearce, Will
**Subject:**  RE: Electrical Assistance

Thank you Will.  It would be greatly appreciated!

Happy Monday!
Meredith

Meredith J. Welle, PE
████████████████████████
hdrinc.com/follow-us

From: Pearce, Will
Sent: Monday, January 08, 2018 11:16 AM
To: Welle, Meredith ████████████████████
Subject: RE: Electrical Assistance

Thanks Meredith.  I will check into it.  I met Dino years ago on a project for Dow in Houston.

From: Welle, Meredith
Sent: Monday, January 8, 2018 10:11 AM
To: Pearce, Will ████████████████
Subject: Electrical Assistance

Good Morning Will,

I am the section manager for the water group in Pittsburgh.  Our senior electrical engineer, Dino Angelopoulos, has
availability at present. Sameer Deo indicated that your electrical folks have been pretty busy recently, and may need
the help.

Please let me know if there any projects that Dino would be able to assist on.

Thank you!
Meredith


Meredith J. Welle, PE
Project Manager
HDR
11 Stanwix St.
Suite 800
Pittsburgh, PA 15222
████████████████████████

hdrinc.com/follow-us

HDR000004

**From:**   Welle, Meredith
**To:**   Atoulikian, Rich
**Subject:**   RE: Electrical work

I think Dave tried to call you this morning.  I think he wants to fill you in on our discussions.

I am also going to talk to Jim Beninati to see who I can connect with in the power group (ann arbor maybe) to see if they can provide anything.

Larry Anderson indicated Dino may be able to help with some QC work in the future.

Meredith J. Welle, PE
██████████████████████
hdrinc.com/follow-us

From: Atoulikian, Rich
Sent: Friday, January 05, 2018 9:49 AM
To: Casey, Matthew ██████████████████████
Cc: Welle, Meredith ████████████████████████
Subject: RE: Electrical work

OK.  I'll convey to Meredith.

Rich Atoulikian, PMP, BCEE, P.E.
Vice President/Northeast Client Service Manager
HDR
1100 Superior Avenue East, Suite 650
Cleveland Ohio 44114-2518
████████████████████████

From: Casey, Matthew
Sent: Friday, January 05, 2018 9:47 AM
To: Atoulikian, Rich
Subject: Electrical work

Rich,

I checked with Dave about electrical work that Dino could help with and he doesn't have any.  He starts on Athens Co. next week and that's all he has for now.  I will need to reach out and see if there is other work he can help with.

I thought some of his December work was going to carry into the first of the year.  Taking another look at the projections, I see that it doesn't.

Sorry I don't have better news.

Thanks

Matthew Casey, PE
Client Service Manager
HDR
2800 Corporate Exchange Dr, Suite 100

| | |
|---|---|
| **From:** | Welle, Meredith |
| **To:** | Atoulikian, Rich |
| **Cc:** | Connelly, David L. |
| **Subject:** | RE: Last Week's UT Report |

Rich and Dave,

I had our weekly meeting yesterday morning with the group.

Terry P, Jason, and Mike P were supposed to be mostly consumed with TVA work in January.  Jim Beninati is leading the effort for that project in Pittsburgh, so he sits in on the meeting.  Unfortunately, that project is experiencing some client delays in review.  It will pick back up very soon (I hope), at which time the three of them will be busy.

Venice is super busy.  Work started coming in for her from NC.  One project last week and two projects yesterday actually.  On top of other stuff from Jill and Juan (which seem to be slower than originally anticipated). She will hopefully be passing off some other markups to Terry to fill the gap.

Dino is obviously a challenge.  I have reached out to multiple ASMEC centers across the country, and they have all indicated that they will ask around. I have not received anything back.  Jared Reiter indicated that he "heard Dave Watson was light on work too".

This week is going to be light for everyone except Venice and me.

I really am hoping that TVA picks up next week.

I am actively trying to set up meetings to coordinate work with Mahwah folks.  I emailed both scott davis and kevin Lloyd and have not heard back from either on that front yet.  I am hopeful they can share some of their upcoming work in NY.

Ok this is sounding depressing….so I will finish on a high note.  Working to get 142k booked for Steubenville this week.

Meredith :)

Meredith J. Welle, PE
██████████████████████
hdrinc.com/follow-us

From: Atoulikian, Rich
Sent: Tuesday, January 09, 2018 10:20 AM
To: Welle, Meredith ███████████████████
Cc: Connelly, David L. ████████████████████████
Subject: FW: Last Week's UT Report

Meredith, how do Terry P and Jason's backlog look over the next couple months.  Will Mike Paine stay solid right around his goal over that same time period?

I believe I had heard that Venice should be good moving forward.

Thanks
Rich

Rich Atoulikian, PMP, BCEE, P.E.
Vice President/Northeast Client Service Manager



ONE COMPANY | *Many Solutions* ℠

*O61660 - New Hire*
*07/22/1942*

October 20, 2006

Constantine P. Angelopoulos

Dear Dino,

Congratulations on your acceptance of our offer. The Pittsburgh office of HDR Engineering, Inc. is looking forward to you joining their team, as a Senior Electrical Engineer reporting to Mark Poole. This employment is contingent upon a successful background check being completed. Your start date will be Monday, November 20, 2006. Your starting salary will be $2,153.84 per week, which is the equivalent of $112,000.00 on an annualized basis.

You are joining an employee owned, employee oriented company. We want you to gain more information about HDR and the benefits of being an employee owner. Enclosed are examples of your medical and dental premiums and your Estimated Total Annual Compensation.

I've enclosed an Employee Handbook and a New Employee Preparation Checklist to prepare you for your first day with HDR. It is important to note that nothing in the Handbook or in any discussions leading to our offer and your acceptance of employment is to be construed as a contract or a guarantee of employment for a definite period of time. It is very important that you take a few minutes to review these materials and read the enclosed Acceptable Use of HDR Information Systems & Data Policy and Corporate Code of Ethics prior to your first day. Please bring this material to orientation with you.

Please refer to the yellow index card New Employee Checklist located in your acceptance packet.

- Bring the appropriate documentation, which establishes your identity and your ability to work in the United States, as required by the Immigration Reform and Control Act within three days after your start date.
- Bring your current original Social Security Card, to assure that the proper number is recorded for Social Security Administration record keeping purposes, based upon recent Social Security requirements.

Please complete the enclosed Accommodation Disclosure Form and return it in the enclosed envelope, prior to your start date, in case any accommodations are necessary. Also, enclosed is a copy of your application for employment. Once you have signed and dated the copy, please return it in the same envelope provided.

H$C
138350

March 25, 2015

David Watson

Dear David,  *project Manager General*

Congratulations on your acceptance of our offer  The Columbus office of HDR Engineering Inc  is looking forward to you joining their team as an Electrical Project Manager, reporting to Larry Anderson   Please refer to your offer letter for the accepted terms of employment.  Your start date will be Thursday, April 30, 2015.

I've enclosed a New Employee Preparation Checklist to prepare you for your first day with HDR. It is important to note that nothing in the Handbook or in any discussions leading to our offer and your acceptance of employment is to be construed as a contract or a guarantee of employment for a definite period of time  It is very important that you take a few minutes to review these materials  Please bring this material to orientation with you

Please refer to the yellow index card "New Employee Checklist" located in your acceptance packet.

- Bring the appropriate documentation, which establishes your identity and your ability to work in the United States, as required by the Immigration Reform and Control Act within three days after your start date.

- Bring your current original Social Security Card, to assure that the proper number is recorded for Social Security Administration record keeping purposes, based upon recent Social Security requirements.

Please complete the enclosed Accommodation Disclosure Form and return it in the enclosed envelope, prior to your start date, in case any accommodations are necessary.



7-22-1971



214

Please report to our Columbus office at 8:00 a m  on Thursday, April 30th  Patty Van Vooren will be in touch with you via phone that day to conduct your new employee orientation  If you have any questions in the meantime, please don't hesitate to contact Larry or me

Welcome to HDRI

Sincerely,

Sean Murphy
Regional Recruiter

cc: Ben Edelen, Brent Tippey, Jennifer Frommer, Patty Van Vooren

March 20, 2015

David Watson

████████████████████

Dear David,

On behalf of the employee owners of HDR Engineering, Inc., I am pleased to extend to you an offer of employment for the position of an Electrical Project Manager, based in our Columbus office. You will be reporting to Larry Anderson.

Your starting salary will be $1,807.69 per week, which is the equivalent of $94,000 00 on an annualized basis.

Your date of employment will be determined based on your availability I propose Monday, April 6, 2015.

You are joining an employee owned, employee oriented company. We want you to gain more information about HDR and the benefits of being an employee owner. Enclosed are examples of your medical and dental premiums and your Estimated Total Annual Compensation

You will be eligible for HDR's comprehensive employee benefits package, providing you remain a full-time regular employee. Coverage for newly hired employees and their eligible dependents will be effective on the first of the month following your hire date Enrollment in benefits is through HDR's online enrollment system, accessible following your hire date. Insurance cards will be sent to your home address as soon as administratively possible following your enrollment Please allow a few weeks to process your elections.

Nothing in this letter or in any discussions leading to the offer of employment may be construed as a contract or guarantee of employment for a definite period of time. This offer is contingent upon a successful background check being completed.

I would like to have your reply as soon as possible but appreciate the fact you want to take some time to consider the offer. We would like your decision by Monday, March 23.

To accept this offer, please refer to the email you have received containing a link to view your offer electronically. Click the link in this email to log into your "Candidate Account" If you have not received this email visit the HDR Careers page located at www.hdrinc.com/careers and log into your "Candidate Account". Once logged in, locate the "Offers" tab to view your details To accept, type your full name in the box, select "Accept the offer" and submit. *Should you accept our offer and your start date is different from the suggested start date in this letter, please notify me as soon as possible.* If the name listed on this letter is not your full legal name used for tax purposes, please provide that to me as soon as possible to ensure proper establishment in our payroll system

If you have any questions in the meantime, don't hesitate to contact me

Your interest in becoming a part of our HDR team is appreciated.

Sincerely,

Sean Murphy
Regional Recruiter

cc  Ben Edelen, Brent Tippey, Patty Van Vooren

HDR000061

| Candidate Name | Job Title |
|---|---|
| Watson, David D (1448956) | Electrical Project Manager (138350) |

# Watson, David D (1448956) applied for job: Electrical Project Manager (138350)

| | | |
|---|---|---|
| **Step** | **Medium** | **Recruiter** |
| Offer | Online | Sean Murphy |
| **Status** | **Source** | **Hiring Manager** |
| Accepted | Not Specified | Brent Tippey |
| **Creation Date** | **Submission Type** | |
| Mar 16, 2015 | External | |

## Personal Information

### Resume

David D. Watson
Electrical & Control Systems Engineer



PROFESSIONAL
EXPERIENCE BURGESS AND NIPLE, INC. Columbus, Ohio
01/07-Present Technical Project Manager - Electrical & Control Systems Engineer.
Plan, schedule, conduct and coordinate detailed phases of engineering work in a part of a major project or in a total project of moderate scope.
Electrical and Control Systems engineering for projects such as: Wastewater Treatment Plants, Water Treatment Plants, Storm Sewer Overflow Storage Systems, Storm Water Pump Stations, Sanitary Pump Stations, and Booster Stations
Perform Short Circuit/Selective Coordination/Arc Flash Analysis of power distribution systems
Provide electrical and control system assessments of wet infrastructure facilities as to develop recommended improvement approach.
Construction services, Electrical Field Project Representative.
Provide senior engineering assistance to developing Engineers.
Skilled in managing electrical subconsultants and working within multi-consultant design teams
Practical experience of construction phasing and keeping facilities open during improvements.


M-RETAIL ENGINEERING, INC  Westerville, Ohio
02/01-01/07 Electrical Engineer
Provided design work for electrical distribution systems, building automation, fire alarm, lighting, and communication design on projects such as: Light Commercial Facilities, Mixed Occupancy Buildings, Retrofits, Life Style Centers, Retail, Theaters, Restaurants, and Residential.

RICART AUTOMOTIVE Canal Winchester, Ohio
08/99-01/01 Service Coordinator/Parts Manager
Personally responsible for turning around a negative profit margin by incorporating
new policies to reduce growth of idle capital.

EDUCATION/
TRAINING
OHIO University – BS, Electrical Engineering, 1999

| Candidate Name | Job Title |
|---|---|
| Watson, David D (1448956) | Electrical Project Manager (138350) |

SKM – Power Tools for Windows, Short Circuit/Selective Coordination/Arc Flash Analysis

MILITARY OHIO ARMY NATIONAL GUARD
SERVICE Sergeant· Communications Technician
07/93-10/99 Honorable discharge

02/90-07/93 UNITED STATES ARMY
Corporal. Communications Technician
Secret clearance
Honorable discharge

## Candidate Personal Information

Prefix
Mr.

First Name
David

Middle Name
D

Last Name
Watson

Address (line 1)
██████████████████

City
████████

Zip/Postal Code
██████████

Place of Residence
United States > Ohio > Columbus

Primary Number
Home Phone

Home Phone Number    / ·
██████████

Email Address
██████████████████

Job Level
Experienced

Have you ever been employed by HDR or any of its entities?
No

☐ Internal Candidate

Are you willing to relocate?
No

Location Preference 1
USA - Ohio

Discipline
Eng-Electrical

Industry
Water Treatment

I have completed the additional information required and I am ready to move forward with the process.
Yes

Enter Date Application Started
Mar 16, 2015

Date available to work
need to provide 2 week notice

List any relatives now employed by HDR?

| Candidate Name | Job Title |
| --- | --- |
| Watson, David D (1448956) | Electrical Project Manager (138350) |

# Profile Information

## Basic Profile

Desired Salary
96,000

Currency
US Dollar (USD)

## Education

Education 1

Other Institution
OHIO University

Other Program
ELECTRICAL ENGINEERING

Education Level (Achieved)          Degree Awarded?
Bachelor's Degree                   Yes

Start Date                          Graduation Date
Aug, 1993                           Jan, 1999

                                    ☐ Anticipated Graduation Date

Location
United States > Ohio > Lancaster

## Work Experience

Work Experience 1

☑ Current Job

Other Employer
Burgess and Niple

Other Function
Technical Project Manager

Type of Business
Consulting engineers

Job Title
Electrical Engineer

Starting Base Salary
72000

Ending Base Salary
87,360

Average Commission/Bonuses
0

| Candidate Name | Job Title |
|---|---|
| Watson, David D (1448956) | Electrical Project Manager (138350) |

Start Date
Jan, 2007

Job Duties
Plan, schedule, conduct and coordinate detailed phases of engineering work in a part of a major project or in a total project of moderate scope. Electrical and Control Systems engineering for projects such as: Wastewater Treatment Plants, Water Treatment Plants, Storm Sewer Overflow Storage Systems, Storm Water Pump Stations, Sanitary Pump Stations, and Booster Stations Perform Short Circuit / Selective Coordination / Arc Flash Analysis of power distribution systems. Provide electrical and control system assessments of wet infrastructure facilities as to develop recommended improvement approach Construction services, Electrical Field Project Representative. Provide engineering assistance to developing Engineers Skilled in managing electrical subconsultants and working within multi- consultant design teams. Practical experience of construction phasing and keeping facilities open during improvements

Reason for leaving
looking for professional opportunities

HDR Supervisor (for Internal Candidates only)

Supervisor (for External candidates only)
Supervisor's Name
Robbie Cameruca

Supervisor's Title
Principal

☐ May we contact the supervisor?

Work Location Address
5085 Reed Road

Work Location City
Columbus

Work Location State/Province
Ohio

Work Location Zip/Postal Code
43220

---

Work Experience 2

☐ Current Job

Other Employer
M-Retail Engineering

Other Function
Electrical Engineer

Type of Business
Consulting Engineers

Job Title
Electrical Engineer

Starting Base Salary
30160

Ending Base Salary
45760

Average Commission/Bonuses
0

Start Date
Feb, 2001

End Date
Jan, 2007

Job Duties
Provided design work for electrical distribution systems, building automation, fire alarm, lighting, and communication design on projects such as: Light Commercial Facilities, Mixed Occupancy Buildings, Retrofits, Life Style Centers, Retail, Theaters, Restaurants, and Residential.

HDR000065

| Candidate Name | Job Title |
|---|---|
| Watson, David D (1448956) | Electrical Project Manager (138350) |

Reason for leaving
opportunity with water industry

HDR Supervisor (for Internal Candidates only)          Supervisor (for External candidates only)

☐ May we contact the supervisor?

## References

### Reference 1

| First Name | Last Name |
|---|---|
| Patrick | Eiden |

| Relationship | How long have you known this person? |
|---|---|
| ex coworker | 5 years or more |

| Organization | Title |
|---|---|
| HDR | Project Manager |

| | Phone Number |
|---|---|
| | 6148395781 |

Location
United States > Ohio > Columbus

### Reference 2

| First Name | Last Name |
|---|---|
| Mike | Rudisell |

| Relationship | How long have you known this person? |
|---|---|
| ex coworker | 5 years or more |

| Organization | Title |
|---|---|
| HDR | Project Manager |

| | Phone Number |
|---|---|
| | 5026122301 |

Location
United States > Kentucky > Louisville

## Disqualification Questions

| Question | Answer | Result |
|---|---|---|
| 1. Can you provide verification of your legal right to work in the United States? <br> Type  Single Answer | X Yes | The Candidate Passes |
| 2 Do you now or will you in the future require employer visa sponsorship? <br> Type. Single Answer | X No | The Candidate Passes |
| 3. Upon offer HDR performs pre-employment background checks. Have you ever been convicted of a crime (misdemeanor or felony)? | X Yes <br> Minor misdemeanor; 3/19/2004, Columbus,Oh, disorderly Conduct, fine | To Be Verified |

| Candidate Name | Job Title |
|---|---|
| Watson, David D (1448956) | Electrical Project Manager (138350) |

Disclosure of a criminal record will not necessarily disqualify you for your employment  Each conviction will be evaluated with respect to time, circumstances and seriousness, in relation to the job for which you are applying. However, failure to disclose such information may result in disqualification of your application or termination of employment

Type  Single Answer

## eSignature

Name
David Watson

IP Address
104.169.139 38

Email Address
ddwatson1971@me.com

Date/Time Signed
Mar 16, 2015

Document
ESIGNATURE_EXT - eSignature - External

# Submission Information

## Account Information

Account Status
Not Locked

User Name
David watson

## Submission Medium

How did we learn about this candidate?
Online

## Diversity

The information already provided has been hidden for confidentiality reasons.

The information provided by recruiters appears as "Not Specified" for confidentiality reasons but can be modified if necessary.

The information provided by the candidate cannot be modified by recruiters.
Location
United States

Description
HDR_custom EEO

## HDR_custom EEO

Candidate Name
Watson, David D (1448956)

Job Title
Electrical Project Manager (138350)

## Question

Gender.
This information has been provided by the candidate.

Diversity
This information has been provided by the candidate.

If you selected ' Two or More Races ' please indicate which two or more races make up this category
This information has not been provided

Disability
This information has been provided by the candidate

Veteran
This information has been provided by the candidate.

ᕼᕲᕤ

# Annual Performance Conversation

Print Employee Name  *Michael A. Paine*

Please take a moment to review the following discussion points. Performance and development are at their best when we set clear goals and evaluate our results. That's why having this conversation is important – to work toward improvement and development.

Over the past 12 months, what have been your …

**Accomplishments?**
- Assisting on various proposal teams, especially ALCOSAN North End Facilities,
- Providing assistance to multiple offices in different states. (GH, PA, NJ, NY, Mass) WV
- Structural design & construction services.

**Disappointments or lessons learned?**
- Slowness in work that led to reduced hours at work
- Cancellation of Projects (TVA)
- Clients changing criteria late in projects (ConAgra, DES)

For the next 12 months, what are your …

**Performance goals (short-term goals focused on your current job)?**
- Need to get confined space training again per HDR guidelines if OK coord. w/ Randy
- I will ever need to enter spaces in the line of work.
- Perform structural design for ALCOSAN NEF.

**Development goals (goals that are learning oriented)?**
- Continue attending as many "free" PDH seminars as I can for continuing education needs for professional licensure.
- Obtain NY PE in support of work we do for Mahwah and Plymouth Meeting offices that are located in NY.

What else should we be talking about?
- part-time regular status should go back to full time by beginning of 2019.

**\*Acknowledgement of Receipt**

*Michael A. Paine*                     000803                          *10-19-18*

**Employee**                          **Employee ID**                    **Date**

[signature]                                                           10/19/18

**Manager**                                                            **Date**

*Your signature here only acknowledges that the performance conversation took place.*

HDR000069





HDR000076

# Personnel Action Form

**HDR**

| Emplid | 24032 | Date Effective | 27-DEC-2015 00 00 00 | Sequence Number | 1 |
|---|---|---|---|---|---|

## Nature of Action

| All Other Actions | Salary Change | Other |
|---|---|---|
| Promotion | Change of Status/Title | Change of Name/Address |
| X  Transfer | Demotion | Return from LOA |
| LOA | Expected Return Date | Last Day of Work |

## Current or New Position Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Pummell,Aaron F J | **SSN** | ▮ | | |
| Address | ▮ | **Work phone** | ▮ | Home phone | ▮ |
| City | | **State** OH | | Zip | 43026 |
| Title | Sr CADD Technician | **Department** 00113 | | Location | COLENGALL |
| PM SectionCode | 000 | **Business Class** 006 | | Utilization % | 1 |
| New Hourly Rate | 26 50 per hour | | | Jobcode | CGE03 |
| Increase Amount | 0 00 per hour | **Percentage Change** 0 0 % | | | |
| Employment Status | Regular   Non-exempt | | **Standard Hours** 40 0 Full-time | 5 x 8 hours | |

## Past Position Information

| | | | | | |
|---|---|---|---|---|---|
| Name | Pummell,Aaron F J | **SSN** | ▮ | | |
| Address | ▮ | **Work phone** | ▮ | Home phone | ▮ |
| City | | **State** OH | | Zip | 43026 |
| Title | Sr CADD Technician | **Department** 00214 | | Location | COLENGALL |
| PM SectionCode | 000 | **Business Class** 006 | | Utilization % | 1 |
| Past Hourly Rate | 26 50 per hour | | | Jobcode | CGE03 |
| Employment Status | Regular   Non-Exempt | | **Standard Hours** 40   Full-time | 5 x 8 hours | |

For exempt salaried employees, the weekly salary is shown along with the equivalent hourly rate for cost allocation purposes
For non exempt hourly employees, only hourly rate is listed

## Signature Authorization

| | | |
|---|---|---|
| PAF Status | B   Ready for Batch Printing | |
| Initiated by | Randall K Gilbert | 18-DEC-2015 07 02 34 |
| Department Manager Approval | Michael P Crall | 18-DEC-2015 08 43 17 |
| Regional/Area Manager Approval | Matthew D Ryan | 18-DEC-2015 10 05 32 |
| Dir Of Operations Approval | N/A | |
| Corporate Approval | N/A | |
| Payroll Approval | Dianna S Highland | 28-DEC-2015 15 59 27 |
| HR Approval | Marina Lucero | 28-DEC-2015 17 10 18 |

## Comments

| Copy to | Human Resources | Printed on | 28-DEC-2015 17 29 33 |
|---|---|---|---|

HDR000078

# Personnel Action Form

**HDR**

| EmpIId | 20614 | Date Effective | 27-DEC-2015 00 00 00 | Sequence Number | 1 |
|---|---|---|---|---|---|

## Nature of Action

| All Other Actions | Salary Change | Other |
|---|---|---|
|   Promotion | Change of Status/Title | Change of Name/Address |
| X  Transfer | Demotion | Return from LOA |
|   LOA | Expected Return Date | Last Day of Work |

## Current or New Position Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Schwieterman,Kyle M | | SSN | ▉ | | |
| Address | ▉ | | Work phone | ▉ | Home phone | ▉ |
| City | | | State | OH | Zip | 43085 |
| Title | Project Manager | | Department | 00113 | Location | COLENGALL |
| PM SectionCode | 003 | | Business Class | 076 | Utilization % | 1 |
| New Hourly Rate | 48 23 | per hour | 1,929 20 | per week | Jobcode | PJM13 |
| Increase Amount | 0 00 | per hour | Percentage Change | 0 0 % | | |
| Employment Status | Regular | Exempt with No Overtime | Standard Hours | 40 0 Full-time | 5 x 8 hours | |

## Past Position Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Name | Schwieterman,Kyle M | | SSN | ▉ | | |
| Address | ▉ | | Work phone | ▉ | Home phone | ▉ |
| City | | | State | OH | Zip | 43085 |
| Title | Project Manager | | Department | 00214 | Location | COLENGALL |
| PM SectionCode | 003 | | Business Class | 076 | Utilization % | 1 |
| Past Hourly Rate | 48 23 | per hour | 1,929 20 per week | | Jobcode | PJM13 |
| Employment Status | Regular | Exempt with No Overtime | Standard Hours | 40 | Full-time | 5 x 8 hours |

For exempt salaried employees, the weekly salary is shown along with the equivalent hourly rate for cost allocation purposes
For non-exempt hourly employees, only hourly rate is listed

## Signature Authorization

| | | |
|---|---|---|
| PAF Status | B   Ready for Batch Printing | |
| Initiated by | Randall K Gilbert | 18-DEC-2015 07 02 56 |
| Department Manager Approval | Michael P Crall | 18-DEC-2015 08 42 45 |
| Regional/Area Manager Approval | Matthew D Ryan | 18-DEC-2015 10 04 55 |
| Dir Of Operations Approval | N/A | |
| Corporate Approval | N/A | |
| Payroll Approval | Dianna S Highland | 28-DEC-2015 15 54 23 |
| HR Approval | Marina Lucero | 28-DEC-2015 16 50 19 |

## Comments

| | | | |
|---|---|---|---|
| Copy to | Human Resources | Printed on | 28-DEC-2015 17 29 33 |

HDR000079

# Personnel Action Form



| Emplid | 25338 | Date Effective | 27-DEC-2015 00 00 00 | Sequence Number | 1 |
|---|---|---|---|---|---|

## Nature of Action

| All Other Actions | Salary Change | Other |
|---|---|---|
| Promotion | Change of Status/Title | Change of Name/Address |
| X  Transfer | Demotion | Return from LOA |
| LOA | Expected Return Date | Last Day of Work |

## Current or New Position Information

| | | | | |
|---|---|---|---|---|
| **Name** | Tourek,Lee C | **SSN** | | **Home phone** |
| **Address** | | **Work phone** | | |
| **City** | | **State** OH | | **Zip** 43062 |
| **Title** | Project Engineer | **Department** 00113 | | **Location** COLENGALL |
| **PM SectionCode** | 000 | **Business Class** 006 | | **Utilization %** 1 |
| **New Hourly Rate** | 29 81 | per hour | 1,192 40 per week | **Jobcode** ESA20 |
| **Increase Amount** | 0 00 | per hour | **Percentage Change** 0.0 % | |
| **Employment Status** | Regular | Exempt with Overtime | **Standard Hours** 40 0 Full-time | 5 x 8 hours |

## Past Position Information

| | | | | |
|---|---|---|---|---|
| **Name** | Tourek,Lee C | **SSN** | | **Home phone** |
| **Address** | | **Work phone** | | |
| **City** | | **State** OH | | **Zip** 43062 |
| **Title** | Project Engineer | **Department** 00214 | | **Location** COLENGALL |
| **PM SectionCode** | 000 | **Business Class** 006 | | **Utilization %** 1 |
| **Past Hourly Rate** | 29 81 | per hour | 1,192 40 per week | **Jobcode** ESA20 |
| **Employment Status** | Regular | Exempt with Overtime | **Standard Hours** 40 Full-time | 5 x 8 hours |

For exempt salaried employees, the weekly salary is shown along with the equivalent hourly rate for cost allocation purposes
For non-exempt hourly employees, only hourly rate is listed

## Signature Authorization

| | | |
|---|---|---|
| **PAF Status:** | B   Ready for Batch Printing | |
| **Initiated by:** | Randall K Gilbert | 18-DEC-2015 07 03 43 |
| **Department Manager Approval:** | Michael P Crall | 18-DEC-2015 08 43:31 |
| **Regional/Area Manager Approval:** | Matthew D Ryan | 18-DEC-2015 10 05 45 |
| **Dir. Of Operations Approval:** | N/A | |
| **Corporate Approval:** | N/A | |
| **Payroll Approval:** | Dianna S Highland | 28-DEC-2015 16 01 30 |
| **HR Approval:** | Marina Lucero | 28-DEC-2015 17:28:09 |

## Comments

| | | |
|---|---|---|
| Copy to | Human Resources | Printed on      28-DEC-2015 17 29 33 |

HDR000080