EXHIBIT B

```
1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3       -------------------------x

4       CONSTANTINE ANGELOPOULOS, :

5              Plaintiff,        : Civil Action No.

6          -v-                   : 2:19-cv-01578

7       HDR ENGINEERING, INC.,    :

8              Defendant.        :

9       -------------------------x

10

11      Deposition of HDR ENGINEERING, INC., by its designee

12                  RICHARD G. ATOULIKIAN

13                  Pittsburgh, Pennsylvania

14                  Thursday, October 29, 2020

15                       9:30 a.m.

16

17

18

19      Job No.: 330967

20      Pages: 1 - 126

21      Reported by: Keith G. Shreckengast, RPR

22

23

24

25
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    7

1    HDR, and the person involved is David Watson.  Do

2    you see that?

3         A     Where is the April 13th?  Is it on the

4    first tab that you provided?

5               MS. RODRIGUEZ:  I think it's the third

6    tab.  Are you talking about the top?

7         Q     It's the top middle.

8         A     April 30th, 2015.

9         Q     Yes.  Do you see that that's a Personnel

10   Action Form from HDR?

11        A     Yes.

12        Q     And the subject matter is David Watson.

13   Do you see that in the second box, where it says

14   name?

15        A     Yes.

16        Q     Okay.  It also says nature of the action,

17   it says new hire.  Am I correct in saying that HDR

18   hired Mr. Watson on or about April 30th, 2015?

19        A     That is correct.

20        Q     One of the next pages should be also

21   tabbed, is dated December 27th, 2015, also involving

22   Mr. David Watson?

23        A     That is correct.

24        Q     So you have that in front of you?

25        A     I do.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                   8

1       Q     Okay.  Do you see the nature of the

2  action is labeled transfer?  There's an X by

3  transfer.

4       A     Yes.  Yes.

5       Q     Would you agree that that represents the

6  fact that Mr. Watson was transferred at that time?

7       A     Correct.

8       Q     And could you tell us where he was

9  transferred from, and where he was transferred to?

10      A     Sure.  So at the time David Watson was

11 hired -- so let me take one step back.  So HDR is

12 organized by, at the time it was called departments.

13 So the department that I was in included Pittsburgh,

14 West Virginia, and northeast Ohio.  And there was a

15 department that included Kentucky, Tennessee, and

16 central and southwest Ohio.  So David Watson was

17 hired by the Kentucky, Tennessee, central southwest

18 Ohio department, which is the Lexington department,

19 I'll refer to, in April of 2015.

20      Q     Okay, great.

21      A     And he was transferred through -- it was

22 a corporate decision to bring the two Ohio portions

23 of the departments into Pennsylvania, West Virginia,

24 and Ohio as one, as part of that department, in

25 December of 2015.

```
1        Q     Okay.  Was -- did anyone from the
2   Kentucky, the Lexington, Kentucky branch, actually
3   move?
4        A     No.  It was the people that sat in
5   Columbus and Cincinnati, in the water group, that
6   became part of our Ohio, Pennsylvania, West
7   Virginia, water group.
8        Q     Okay.
9        A     Nobody moved.  Physically moved.
10       Q     And prior to this company move that you
11  described, you recognize that, I'll call him
12  Constantine, that's my client, Mr. Angelopoulos, but
13  to make it easier we'll just call him Constantine,
14  he was previously in the Pittsburgh water group,
15  correct?
16       A     At the time of the transfer, yes, he was
17  in the Pittsburgh water group.  He was hired as an
18  industrial -- in the industrial group.
19       Q     And at the time of this transfer -- prior
20  to this transfer, Mr. Constantine -- or Constantine
21  was the only electrical engineer in that Pittsburgh
22  water group; is that correct?
23       A     That is correct.
24       Q     And that had been the case for many years
25  prior to that, correct?
```

```
 1        A      Well, define many.

 2        Q      At least five.

 3        A      Let me make sure I have the dates right

 4   in my head.  So Dino was hired in 2006 as an

 5   industrial engineer.  And I think the answer is no,

 6   he was not in the water group for five years.  He

 7   was in the water group for less than five years.

 8   And so in the industrial group, when the leadership

 9   of that group left HDR and took their clients with

10   them, we brought Dino into the water group, which I

11   think was probably around 2014, 2015 or so, if I

12   remember correctly.

13        Q      So he was the only electrical engineer in

14   that Pittsburgh water group?

15        A      Correct.

16        Q      Do you know whether, prior to bringing

17   him into the water group, whether he was the only

18   electrical engineer in that Pittsburgh group, in

19   total, upon his hire, to the point he was

20   transferred to the water group?

21        A      I believe, yes.  I don't think there were

22   any electrical engineers in our transportation group

23   at the time.

24        Q      So is it -- and we know that Mr. Watson

25   is an electrical engineer as well, correct?
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    11

1        A      Mr. Watson is an electrical engineer,
2    that's correct.
3        Q      So at the time of HDR's transfer as per
4    that personnel action form dated December 27th,
5    2015, there became two electrical engineers in the
6    Pittsburgh group, namely Mr. Watson, in addition to
7    the previously existing Constantine, correct?
8        A      That is correct.
9        Q      And no other electrical engineers were
10   transferred to that group; is that correct?
11       A      That is correct.
12       Q      Now Mr. Watson had always lived in
13   Columbus, though; is that correct?
14       A      When he was -- he was hired, yes.  He was
15   hired in Columbus.  To my knowledge, he's always
16   lived in the Columbus area.  And that caveat is,
17   David was in the service, and he was stationed, I
18   think in other places.  But when he was hired into
19   HDR, he lived in the Columbus area, and still does.
20       Q      So just so I'm clear, correct me if I'm
21   wrong, at the time of this company decision to
22   consolidate, or I might be using the wrong term, but
23   to bring in additional locations of HDR engineers
24   into the Pittsburgh group, there would have been
25   others involved as well, as opposed to just Mr.

1    Watson?

2         A      That is correct.  We had water group

3    staff in Columbus, in addition to Mr. Watson, and

4    also in Cincinnati.

5         Q      Were you involved in that decision

6    making?

7         A      No.  That decision was made as a -- by

8    our executive leadership, to bring those two

9    departments together on the water group side.

10        Q      What's your understanding of why that was

11   done?

12        A      I think for a couple of reasons.  Number

13   one is to be consistent with our transportation

14   organization, which Ohio has always -- well, I

15   shouldn't say always -- Ohio has been one group

16   since I started with HDR, I think actually since

17   it's been formed, so consistency from that

18   standpoint, and also from a business standpoint, in

19   order to leverage resources across our area, it

20   didn't make sense from a reporting standpoint to

21   have two different departments split Ohio.

22        Q      And we know Mr. Watson wasn't stationed

23   in Lexington, Kentucky, right?

24        A      He reported to Lexington, but he was

25   stationed in Columbus, that's correct.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    13

1      Q      Okay.  And he -- just months after his

2   hire, he was transferred, correct?

3      A      With other folks, yes.

4      Q      Right.

5      A      Yeah, probably what, eight or nine

6   months, April to December.

7      Q      What work, if any, did he bring with him

8   from the Lexington group?

9      A      Yeah, so David worked on a -- when he

10  came on board, he worked on a number of projects.

11  And I don't have the list memorized.  We can

12  certainly get it for you.

13     Q      Well, I have some documents.  I just want

14  to know --

15     A      Yeah, his work was principally on

16  projects that we had, HDR had in Kentucky, and in

17  the Columbus, Cincinnati area.

18     Q      Who do you recall generating that work

19  for Mr. Watson; he, himself, or the company?

20     A      I would imagine that it was a combination

21  of both, that it was the area leadership on the

22  water side, which was Brent Tippey, and Larry

23  Anderson.  They were the ones that generated the

24  work.  And David was involved in the winning of the

25  work, and then delivery of the work.

1        Q      But he was only there for a couple months

2    as a new hire before he was transferred?

3        A      Yeah, more than -- I mean define couple.

4    But it was April to December.  So what is that,

5    about eight months.

6        Q      Right, yeah.  So did he develop his own

7    clientele during that short time period?

8        A      Well, so David had worked in the industry

9    previous to joining HDR, also in the Columbus area.

10   And so through his other employer, you know, he

11   worked for clients in the area that knew him.  And

12   so he had a reputation, a good reputation, with

13   those clients.

14       Q      In that packet I provided -- is there an

15   orange tab somewhere on there?

16       A      Yeah.

17       Q      I want you to turn to that.

18              MS. RODRIGUEZ:  John, I assume this is

19   what we produced in discovery?

20              MR. ADAMCZYK:  Yes.

21       Q      There's a document identified as a

22   project summary, it's called Watson Angelopoulos

23   2015 - 2018 Project Summary.  I believe it's a

24   compilation of what you or your counsel did.  It's a

25   two page document you have in front of you?

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                    16

1        Q        Okay.

2        A        So in our business, you typically will

3    charge to either a project, or overhead, which can't

4    be billed, or marketing, which is, you know,

5    marketing, it's an investment to try to win a

6    project.  And then there's I mean PTO, obviously.

7    But those are the general three buckets.

8        Q        In looking at this document, I think I

9    highlighted it for you, but there's a job project

10   that both work -- looks like both worked on, but

11   you'll correct me if I'm wrong, called the NEORSD --

12       A        Second stage lift station improvements,

13   S2LS?

14       Q        Yes.

15       A        Correct.

16       Q        Do you agree that both individuals, both

17   Mr. Watson and Dino, have hours worked on that

18   project?

19       A        I agree.

20       Q        Dino refers to this as the Cleveland

21   project.  Was it located in Cleveland?

22       A        Yes, a suburb of Cleveland.

23       Q        Had Dino worked on this project prior to

24   Mr. Watson being transferred to the Pittsburgh

25   group?

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    17

```
1        A     So we were selected for that project, and
2    I was the one that led the marketing of that.  And I
3    was the project manager on that project.  We were
4    selected for that project in the spring of 2015, I
5    believe right before David started with us.  And the
6    project was delineated into a preliminary
7    engineering phase, and then a detailed design phase.
8    And so during the preliminary engineering phase,
9    which went from the first quarter of 2015, basically
10   through the end of the year, Dino was our lead
11   electrical engineer on that project.  And
12   preliminary designs were the decisions are made as
13   to what the path forward would be.  And so yes, Dino
14   led that project up -- pretty much completely until
15   we finished the preliminary design phase in about
16   December of 2015.  And then a project moves into
17   detailed design after that.  That's just the process
18   that this client uses.
19       Q     How was it that -- who gave the
20   instructions for Mr. Watson to be involved on that
21   project?
22       A     So on that project I was project manager.
23   And, you know, in our industry the project manager
24   is responsible for the successful delivery of the
25   project, meeting the clients, scope, budget,
```

1    schedule.  So as we went through the preliminary

2    design phase, the scope of the electrical work

3    increased significantly.

4              And again, that was Dino was leading that

5    work for us.  So as we completed the preliminary

6    design phase, I made the decision as project

7    manager, and based on at the time 40-plus years of

8    experience in the industry, that in order to get

9    that project done within the client's schedule, that

10   we needed an additional electrical resource.  And

11   that was identified as David Watson.

12        Q    Was that contemplated upon Mr. Watson's

13   transfer?

14        A    That was contemplated as we finished the

15   preliminary design.  And as I said, the scope of the

16   work, the electrical work, increased significantly

17   during that preliminary design.  So it had nothing

18   to do -- it was coincidence that the two things

19   happened at the same time.

20        Q    So in looking at that document, and

21   especially on -- I see that during this time frame

22   that we're talking about, Mr. Watson put in 399.5

23   hours, and Mr. -- or Dino put in --

24        A    It's 500 and something.

25        Q    589?

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    19

1          A      Yes.

2          Q      Is that correct?

3          A      Yes.

4          Q      So go to the second page.  The last

5    column says total overhead hours.  Total overhead

6    hours on that page suggest that Dino's was 1,691,

7    and Mr. Watson's was 720, correct?

8          A      Correct.  That's what it says, that's

9    correct.

10         Q      And correct me if I'm wrong, but overhead

11   hours are not something that you want, correct?

12         A      That is correct.

13         Q      And again, I think I know why, but why

14   don't you tell us why.

15         A      Tell you why overhead hours are not

16   something that we want?

17         Q      Yes.

18         A      To clarify?  Sure.  Well, you know, as in

19   any business, when you charge to overhead, and as I

20   mentioned before, I mean there's one bucket that's

21   general overhead, there's another one that's PTO,

22   personal time off, which is earned.  When you charge

23   to overhead, it comes directly off of the bottom

24   line of the company, because it can't be billed to

25   clients.  It's not an investment in trying to win

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    20

1    new work.  So that's why it's not desired.

2         Q    It's not profitable, in other words?

3         A    Correct.

4         Q    So if -- so assuming that we did not have

5    Mr. Watson work on this project, but just Dino,

6    their numbers would pretty much even out as far as

7    their unproductivity, correct?  You do the math.

8         A    Well, again, you know, the driving force

9    here was the client's schedule, so --

10        Q    That's not my question, though, sir.

11        A    Tell me the question again, please.

12        Q    My question is, if you took the hours

13   that Mr. Watson charged, and forwarded them to Dino,

14   then by virtue of that, Dino's unproductive hours

15   would have went down substantially, because he would

16   have worked on the project, and Mr. Watson's would

17   have went up correspondingly, correct?

18        A    For the overall time period that goes

19   beyond the duration of the project.

20        Q    Yes.

21        A    For the time period from June of 2016

22   to -- I'm sorry, to March of 2018.  But the project

23   was a subset of that time frame.

24        Q    Right.  And by my math, the total

25   overhead hours would have went -- if, indeed, Dino

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    21

1    was allowed to work on that by himself, his

2    non-chargeable overheard hours would have been

3    1,292, and Watson's would have been 1,011, correct?

4         A    On a math basis, that's correct.  But

5    that would not have gotten the project done within

6    the time frame that the client directed us to get it

7    done within.  So if you just do pure math, your

8    numbers -- I didn't check your numbers, but on a

9    pure math basis your numbers would be correct.  But

10   again, the project was at the client schedule.

11        Q    I didn't see any documents which

12   described what you're describing to me now, and that

13   you -- the rationale and the reasoning for you

14   having selected Mr. Watson to share the work with

15   Dino.  Does anything exist in that?  Did you write

16   something, did you send it to someone for approval?

17        A    So the way that that happened is in --

18   you know, I would have to look and see if there's

19   any written documents to that.  So the way that that

20   happened, is, as we finished the preliminary design

21   phase, I talked to Dino.  Again, I'm the project

22   manager.  You know, I'm responsible for the

23   successful delivery of the project.  I talked to

24   Dino and I said the scope of this project has grown

25   significantly.  And I -- it's my opinion that we

```
1    cannot get the project done with only one electrical

2    engineer on it, that we need to add a second

3    electrical engineer.  And he did not disagree.  It

4    was a collaborative decision.  So I asked Dino, I

5    said would you talk to David Watson, and you two

6    figure out what makes the most sense from a work

7    sharing standpoint, so you're not stepping on each

8    other's toes, but you're working in collaboration.

9    And so they did.

10        Q     But this was a time when Dino's hours had

11   not been reduced, correct?

12        A     That is correct.  But Dino also had work

13   from other places as well.  You know, this wasn't

14   Dino's only project.

15        Q     I understand that.

16        A     Or David's, for that matter.

17        Q     Do you agree or disagree that Dino's

18   hours worked on billable time was -- that he was in

19   need at this point in time of more workable hours at

20   the time the transfer between -- at the time that

21   Mr. Watson started working on the Erie project?

22             MS. RODRIGUEZ:  I'm sorry, what -- I just

23   want to make sure the record is clear.  It's not an

24   Erie project, I think it's Cleveland.

25             MR. ADAMCZYK:  I'm sorry, you're right.
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                          24

1    need more hours, billable time, at that juncture?

2         A     My recollection from looking at the data

3    is Mr. Watson's utilization or billable time has

4    been generally pretty consistent in his time with

5    HDR, in being very close to or exceeding his goal.

6         Q     So by virtue of that statement, he didn't

7    necessarily need the hours to be in HDR's good

8    graces, but Dino did at that point in time?

9         A     Again, it was a decision based on

10   delivering the project within the schedule.  So

11   while utilization is important, delivering the --

12   any of our projects within our client's

13   expectations, in my opinion, you know, is the

14   overriding factor to how you staff a project.

15              MR. ADAMCZYK:  Can you read back that

16   question for me, because I would like an answer.

17              (The record was read back by the

18   Reporter.)

19         Q     That's a yes or no question.

20         A     Well, I mean personally I don't like the

21   term good graces.  So can you rephrase the question

22   for me.

23         Q     Sure.  At the time when you asked the

24   project in Cleveland to be shared between Dino and

25   Watson, Watson -- you agree with me that Watson was

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                              26

1    year.  Because we converted into a new system, and
2    the information before that is lost.  So during the
3    time frame when we were doing the second stage lift
4    station, which is mostly 2016, Dino was at
5    82 percent.  His goal was 85 percent.  And David was
6    at 97 percent, and his goal was at 90 percent.  So
7    no, actually Dino was pretty busy during that time
8    frame when this project was in detailed design.  So
9    it does change my answer to no, Dino was not light,
10   he was busy.
11        Q    Well, you'll agree with me by virtue of
12   this document, that Dino's production in 2017 went
13   down substantially, correct?
14        A    Yes.  His utilization over 2017 was
15   42 percent, according to this report.
16        Q    And that's not acceptable, is it?
17        A    His goal was 85 percent.  So that is,
18   yes -- he was significantly less, underneath his
19   goal.
20        Q    And this Cleveland project lasted from
21   when to when?
22        A    So the detailed design of that went from
23   about January of 2016, probably -- I mean let me
24   check that, but probably for 12 months or so.  And
25   then what happens as the project goes to bid, you

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                   28

1        A      He was.  But this included the time that

2   he was working on the second stage lift station

3   project for NEORSD.

4        Q      And he remained busy, according to these

5   summaries, in 2017, at the 87.2 percent,

6   utilization?

7        A      Yes, that's what the numbers show.

8        Q      And even better at 95 percent in 2018?

9        A      Yes.

10       Q      At a time when, during these years where

11  Dino's utilization was reduced?

12       A      Yes.  Because David was hired, David was

13  originally hired, as we've talked about, to support

14  the Lexington team.  And he was hired as a

15  replacement for another electrical engineer that had

16  left HDR and currently works for a client.  So there

17  was plenty of work to support David in the Columbus

18  area, Cincinnati area, Kentucky and Tennessee.  He

19  had clients, and he had projects that he had been

20  working on and continued to work on.

21       Q      Let's look at that -- again referring

22  back to that summary.

23       A      This one, or the one that you --

24       Q      The first one.

25       A      Okay, sure.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                          29

1        Q      Which projects did Watson work on that
2   were brought over from his short amount of time at
3   the Lexington office?  I mean there's a whole list
4   of projects, but there's -- seems like there's very
5   few that were actually billed on, right?  Am I
6   reading that right?  If there's no numbers next to
7   it, that means they didn't work on it?
8        A      That's what I would assume, that's
9   correct.
10       Q      Okay.  Assuming that we have very few to
11  look at here, there is -- well, I'll just let you go
12  through it.
13       A      Yeah, I think I would like to look at
14  this list in a little more detail, because it
15  doesn't seem -- it seems to me that there are other
16  projects that don't appear to be on this list.
17       Q      Did you help formulate this list?
18       A      No.
19       Q      Do you know who did?
20       A      I believe it came out of our accounting
21  system by somebody in Pittsburgh.
22       Q      Okay.  Do you know projects that are not
23  referenced on here?
24       A      Well, I mean I guess intuitively, you
25  know, from this sheet, David was very busy.  But

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                      34

```
1        Q       I remember, okay.  And then lastly, what
2    we referenced before, the -- there's the Cleveland
3    project in addition to that?
4        A       Second stage lift station, yes, that's
5    correct.
6        Q       Which is again identified as NEOR- --
7        A       SD.
8        Q       SD, okay.  Out of these projects that
9    both worked on, were you in charge of assigning both
10   engineers, Watson and Dino, to these projects?
11       A       The only -- let me just doublecheck.  The
12   only projects that I was responsible for in a
13   project role were the BEC Marion Water Treatment
14   Plant project that both worked on.  The second --
15   NEORSD S2LS Improvements project.  Those were the
16   only two projects.  So -- go on, sorry.
17       Q       Of any of these projects, did they come
18   with Watson from Kentucky?
19       A       The Marion project was Marion is in the
20   Columbus area, and so that project was assigned to
21   David, because it was in the Columbus area, as our
22   lead electrical.  And Dino was brought on to do
23   quality control reviews, which is why David had more
24   hours on that than Dino did.  And then the ARC Flash
25   project, which we talked about is a pursuit, is in
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    35

1    the Columbus area.  And David was leading that, and

2    he needed technical support from Dino.

3         Q    So these were prior -- Watson was working

4    on this prior to his transfer, or they were assigned

5    after his transfer?

6         A    Yeah, I think Marion we got selected for

7    that right before his transfer.  And ARC Flash, I

8    believe we pursued that project after his transfer.

9         Q    And both of those -- both the Marion and

10   ARC Flash, were assigned primarily to Watson as the

11   lead engineer, electrical engineer?

12        A    Right.  Because of experience and

13   proximity, and knowledge of the client.

14        Q    What knowledge did he have of these

15   clients?

16        A    Well, I mean David has spent most of his

17   professional career working in Columbus.  So he

18   knows how Columbus DOSD, Department of Sewers &

19   Drains, he knows their facilities, their waste water

20   treatment facilities.  He knows how they approach

21   the work, and what their standards are.

22        Q    Did you make any effort over the time

23   period beginning when Watson was transferred to have

24   Dino share work on Watson's projects?

25        A    I did.

```
1          Q      Specifically what did you do?

2          A      So -- and if you look at the details in

3     the numbers here, I engaged Dino to the tune of

4     about 1,000 hours, just less than 1,000 hours to

5     support work that we were doing in Ohio.  And that

6     includes the second stage lift station project that

7     he was involved with.  I also, when we were pursuing

8     the ARC Flash project in Columbus, I asked David to

9     get Dino engaged in that, to help us review all the

10    background information that we needed to, to put

11    together a solid proposal.  Those are two examples.

12         Q      But the 1,000 hours that you just

13    mentioned to support Ohio, that also included the

14    Cleveland project, right?

15         A      That's correct.

16         Q      So that was Dino's before, right?

17         A      Dino was a lead engineer on the

18    preliminary engineering phase, yes.

19         Q      Right.  So there was no trying to get him

20    hours -- to share hours with Watson on that, because

21    he was the lead engineer?

22         A      Right.

23         Q      So if you take out the 589 hours that

24    Dino was the lead engineer on the Cleveland project,

25    your statement that you tried to get Dino 1,000
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    38

1       A       So, much of Dino's career with HDR, he

2    was hired in the industrial department to do

3    electrical engineering for industrial clients.

4    David has spent most of his career working for

5    municipal clients.  And so the difference is, on the

6    industrial -- on the municipal side, much detail has

7    to be provided in the construction documents because

8    it's open to anybody that's qualified to bid.  It's

9    a public bidding in other words.

10              On the industrial side, typically,

11   industries have contractors that they usually work

12   with, that know how they do things, so the level of

13   detail is less.  So while they're both electrical

14   engineers, the type of work and the product can be

15   different.

16              Again, David, you know, spent his career

17   on the municipal side.  And our water group focuses

18   mostly on municipal clients.  Dino's background is

19   industrial.  So we did try to use him where we

20   could, you know, on the Mary Street Pump Station

21   project, which is one of the ones not on the common

22   list, but on Dino's list.  I was project manager on

23   that.  I led the winning of that project.  And I

24   brought Dino onto that project as my lead electrical

25   engineer.  Even though -- not even though, but it's

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    40

1        A     No, that's not correct.  So, yeah, just
2    to put a little timeline together, so I joined HDR
3    in May of 2011.  We had no presence in northeast
4    Ohio.  I started that office.  We did have a water
5    group in Columbus, and in Cincinnati.  And in
6    talking to Larry Anderson and Brent Tippey, you
7    know, who were responsible for that Lexington group
8    that included Columbus and Cincinnati, Dino did not
9    work on any Ohio projects for them.  When I was -- I
10   was hired to build a presence in northeast Ohio.
11   You know, the first opportunity that we got selected
12   for was a small one, to provide an electrical
13   engineer to sit in on a value engineering project.
14   And so I asked Dino if he would do that, and E did.
15        And then the next opportunity that we got
16   selected for where we needed internal electrical
17   resources was the Mary Street Pump Station that we
18   got selected for in I want to say like we started up
19   in the beginning of 2014.  And Dino was my lead
20   electrical engineer on that, and did all the work,
21   other than having Larry Anderson do the quality
22   review on that, and seal it.  So yeah, I mean there
23   were two projects that Dino got involved with in
24   northeast Ohio during that time frame.  And I was
25   intimately involved in both of them.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                           41

1          Q      He had projects out of Columbus, though?

2          A      That was the Lexington group.  And again,

3     when I talked to Brent Tippey, who led that group at

4     the time, and Larry Anderson, who was our chief

5     electrical engineer in that group, both based in

6     Lexington, Dino did not help them on any projects

7     during that time period, before we came together.

8          Q      Okay.  Let's turn to those spreadsheets

9     again that we put aside for a second.

10               MS. RODRIGUEZ:  The really detailed ones?

11               MR. ADAMCZYK:  Yeah.  I think the blue

12    tab for Watson.

13         Q      Do you have that in front of you, sir?

14         A      Yes.

15         Q      Just for the record, tell me what this

16    is.

17         A      So, yes, this is a spreadsheet that shows

18    David Watson's hours by project or activity, and by

19    week, from June of 2016 through, I believe -- let me

20    check -- December of 2018.

21         Q      And again, this, just like the summary,

22    if there's no hours posted to it, that means that it

23    wasn't worked, right?  In other words, there's many

24    projects listed, but unless there's hours listed,

25    they're not being worked on?

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    48

1    category we're under?  New work for Watson upon

2    transfer.

3              MS. RODRIGUEZ:  So December 2015 forward?

4              MR. ADAMCZYK:  Yes, right.

5        A    And again, we only have records for June

6    of 2016 forward, so that's what I'm relying on.  The

7    Athens US50 Waste Water Improvements project, again,

8    we don't have records before June of 2016.  But I

9    believe he worked on that project.  That project was

10   going on for awhile.  And he charged time to that in

11   August of 2016 and beyond.  The Automation program

12   for Northeast Ohio Regional Sewer District that's

13   called here 1381 Automation program, he charged some

14   time on that in June.  September, October,

15   supporting our Columbus team on that.  Columbus Task

16   16-BS O&M, Ready Services, he charged a little bit

17   of time to that in February of '17.

18       Q    Let me stop you there for one second.

19   Who supported the Columbus team with electrical

20   engineering work prior to 2016?

21       A    Prior to David coming, joining us, or --

22       Q    Yes.

23       A    Larry Anderson is our chief electrical

24   engineer in that group.  Larry sits in Lexington.

25   And Larry has always had several electrical

1    engineers and CAD drafting folks reporting to him in

2    that group.  And he had one individual in

3    Louisville, Darryl Evans, that left HDR.  And that

4    opened up the position that they ultimately filled

5    with David Watson.  So Larry Anderson oversees that

6    group, and still does.

7         Q     Who left that David Watson took his

8    place?

9         A     Darryl Evans.

10        Q     Okay.  If you could go back to what you

11   were doing.  Thank you.

12        A     There's a project called D-WM Petrolia

13   Landfill Forcemain project that David charged time

14   to in January, starting in January of 2017.  So that

15   would have been a project that looks like it started

16   after we came together.

17        Q     Where was that located?

18        A     I believe that's in Illinois.  I think

19   the next one started after Dino resigned, just

20   checking.  There's the Louisville MSD LMSD Rowan

21   Pump Station, R-O-W-A-N, Pump Station, in

22   Louisville, that started in May of 2017, that David

23   had worked on.  There's the Columbus Zoo Potable

24   Water Storage Tank Design that David started

25   charging time to, working on in January of '17.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    50

1         Q       Did you say Zoo?

2         A       Zoo, yeah.  Literally the Zoo.

3         Q       And when was that?

4         A       It looks like he first started working

5    on -- let me just check real quick.  So it looks

6    like he first started working on that in January of

7    2017.  He had a couple hours charged to the PDT,

8    which I think is Pennsylvania Department of

9    Transportation project, in January of '17.  Which I

10   think we said was one of the projects that Dino also

11   worked on.  So David had charged 2 hours to that.

12   So I'm guessing that, you know, we have a quality

13   process that somebody does the work, and somebody

14   reviews it, that those two hours were probably David

15   reviewing Dino's work.  They did that back and forth

16   together.  So David worked, starting in January of

17   '17 on the Chattanooga, Tennessee BED IM WWTP

18   Gravity.  WWTP is waste water treatment plant in our

19   vernacular.  Starting, I said, at the end of

20   January, he had a couple hours.  He had some hours

21   in February 2017, and into March of 2017.

22               There is the URS Delaware County OECC

23   MCC, which is Motor Control Center, Upgrades,

24   Delaware County, again, is just north of Columbus.

25   URS is another firm, we were a subconsultant to that

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                          55

1      Q    Let me stop you there for a second.  How
2  is it that Watson gets an Iowa project, and Dino
3  does not?
4      A    It's probably relationships.  The project
5  manager reached out, either directly to Dino,
6  because she's worked with him before, or she reached
7  out to somebody that she knows that recommended --
8  not Dino, I'm sorry, Watson, recommended Watson.
9      Q    I mean we don't know that, but you're
10  assuming that?
11      A    I'm assuming that, yeah.  Yeah.  I was
12  not part of that decision or discussion.  Because a
13  lot of times, I mean when you have senior folks, a
14  lot of times they have their own network.  Dino had
15  his own network with HDR, that would give him work
16  when, you know, when there was work available, and
17  so did Watson.
18      Q    Is there someone up above that takes in
19  the projects for HDR and distributes them?
20      A    On larger projects, like the Second Stage
21  Lift Station, it would be the project manager, which
22  was me.  But on a lot of these things, you know,
23  hey, I need a couple hours of Dino's time, or I need
24  a couple hours of David Watson's time to review
25  something.  They just reach out.  We're talking a

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    57

1        Q      So who were the claim managers for the

2    Pittsburgh group from 2016 through 2018?

3        A      Right, so for Alcosan, it was -- first it

4    was Kim Kennedy, with Mike Crall.  And then when Kim

5    left to go to Alcosan, it was Meredith Welle with

6    Mike Crall.  And, you know, for PWSA at that time,

7    it was the same.

8        Q      So at the time when the reorganization

9    took place, and Watson came in to the Pittsburgh

10   group, who were his client managers?

11       A      Well, so in Columbus at the time, it was

12   Jennifer Frommer.  In Cincinnati it was Michelle

13   Iannicca, I-A-N-N-I-C-C-A.  Her name is in the list.

14   And in Kentucky it was Brent Tippey, for most of

15   Kentucky, with help from Mike Rudisell,

16   R-U-D-I-S-E-L-L, in Louisville.  And in Tennessee,

17   it was, still is, Justin Bolanger, B-O-L-A-N-G-E-R.

18       Q      You being in that position as well, are

19   you -- do you know if there's any coordination of

20   different client managers to keep your engineers

21   chargeable?

22       A      Yeah, I mean we have had, and continue to

23   have, conference call every two weeks with our water

24   section leads, some of whom are client managers, to

25   talk about utilization.  Who is light, who is, you

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    58

1    know, overcommitted, what's coming up on the

2    horizon, to make sure that we've adequately staffed

3    each one of our projects.

4         Q    Were you done with looking at that?

5         A    No.  Should I continue?

6         Q    Yeah.

7         A    So some of these are pursuits.  Do you

8    want me to go through the pursuits?

9         Q    Pursuits, define that for me.

10        A    Marketing, projects we were marketing.  I

11   can tell from the project managers are marketing

12   coordinators, so those are projects we were

13   marketing.  And --

14        Q    No, I don't think so, but let me ask you

15   a question about that.  How would an engineer such

16   as Watson or Dino be involved in marketing?  Would

17   that be something they do their own, someone would

18   ask them, how does that work?

19        A    Yeah, so usually as an electrical

20   engineer, unless it's an electrical project, an ARC

21   Flash, the one we talked about before, is an

22   electrical project, the electrical engineers will

23   typically support the client manager and whoever

24   we've identified as the project manager, in terms of

25   meeting with the client to do, you know,

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                           61

1     Jennifer Frommer, who is our client manager for the

2     City of Columbus, you know, there was a lot of

3     investigative work that needed to be done as we

4     developed our proposal.  And I asked Dino to work

5     with David to put that one together.

6               Just, I'm kind of thinking, so across

7     Pennsylvania, you know, one of the projects you'll

8     note that Dino worked on was an energy audit that we

9     did in Harrisburg for Capital Region Water, Dino was

10    not part of the marketing in that, but I did get him

11    engaged in the execution of that, the delivery of

12    that I should say.

13              Same thing with Delcora is another

14    project that you'll see on Dino's list, which is

15    Suburban Philadelphia.  Delaware County, basically,

16    Pennsylvania.  Dino provided technical work on the

17    pump stations that we were evaluating on that

18    project.  Some -- I'm trying -- and I'm not

19    answering your question, but --

20        Q     No, I think you are, but I'll move on.

21        A     I mean Dino may have been engaged in

22    supporting marketing efforts.  So he typically

23    worked Pennsylvania and east, I mean he worked with

24    our folks in New Jersey, and New York, on projects.

25    And you'll see those on his list.  I can't speak to

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                           69

```
 1        Q     Do you recall receiving anything from any
 2   of these individuals concerning the subject matter?
 3        A     I do not.
 4        Q     Is there a -- I don't recall seeing it, a
 5   written policy or procedure that would guide you in
 6   making such decisions?
 7        A     I -- so these decisions are made based on
 8   workload.  I don't know that there is a policy that
 9   says if somebody's utilization is X percentage lower
10   than their goal, that somebody, you know, that that
11   targets, or, you know, refers over to reducing
12   somebody's hours.  Because there's other things that
13   go into that decision.  It's not just a numerical
14   decision.  It's a -- you know, is there other work
15   in the pipeline that's coming, that we know is
16   coming.  Are they involved in a significant
17   marketing effort?  You know, and marketing time is
18   not part of the utilization time.  It's utilization
19   is just billable hours.  So, you know, it's a matter
20   of duration, too.  In other words, if somebody --
21        Q     So there's no written policy concerning
22   this?
23        A     No, it's a judgment.  It's a judgment.
24        Q     How about is there any written policy
25   concerning how you did it in this case, specifically
```

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    72

1      Q      Okay, that answers it, thank you.

2      A      Okay.

3      Q      Tell me about if you had any discussions

4  with Dino himself about his utilization and issues

5  with that, prior to the reduction in hours.

6      A      So Dino did not report to me, he reported

7  to Kim.  And then he reported to Meredith.  And they

8  did have discussions with him on multiple occasions

9  about his utilization.

10     Q      And you weren't involved in that?

11     A      I was involved in the discussions with

12  Meredith and with Kim, to talk about opportunities

13  to try to increase his utilization.  But he reported

14  to them, not to me.

15     Q      Did you give them any type of -- Kim or

16  Meredith that is, any type of instructions

17  concerning what to do with Dino?

18     A      In terms of?

19     Q      Utilization and repercussions involving

20  lowering hours.

21     A      Did I tell them to tell Dino that if we

22  couldn't find work for him, that his hours would be

23  reduced; is that the question?

24     Q      That would be one thing, yeah.

25     A      I think that was implied.  Not I think.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                          74

1    produce, if anything, concerning help that Dino

2    could have gave Watson?

3        A     It was the projects that Dino worked on

4    as part of our area.  I mean I can go back through

5    the list, if you want.  You know, Marion was one,

6    Tiffin was one.

7        Q     The ones that are summarized on that

8    joint --

9        A     Right.  ARC Flash was another.

10       Q     Just let me -- just for the record, so

11   it's clear.  The ones that were summarized on the

12   summary that we did, the two page summary of

13   comparing the projects that Watson worked on

14   together with Dino?

15       A     That, yeah -- that were in central,

16   southern Ohio, Tennessee, Kentucky.

17       Q     So are you saying that these hours that

18   were worked on together were the product of trying

19   to get Dino more hours?

20       A     Yes.

21       Q     At the expense of Watson's hours?

22       A     To complement Watson's hours.  To either

23   do quality reviews of the work that Watson was

24   doing, which, again, is a standard practice.  Any

25   work that we do, somebody reviews it.  So that's a

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                           78

1    of drawings that then depict the work, the client

2    bids out to contractors.

3         Q     And what point was Watson involved?

4         A     Again, when we transitioned from

5    preliminary design to detailed design, is when I

6    asked Dino if he would talk to David Watson.

7    Because based on my experience, I felt that given

8    the schedule, we needed to have two electrical

9    engineers on that project.

10               So let me say one other thing on the

11   schedule.  So the schedule is not just you start

12   detailed design, and you finish detailed design.

13   There's milestones with deliverables that go to the

14   client between there.  So when you get to the 30

15   percent design, you submit drawings and specs to the

16   client.  When you get to 60 percent, you submit

17   drawings and specs to the client.  When you get to

18   90 percent, you do the same.  So this -- there's

19   multiple deliverables that the client has to review

20   and approve before the design is complete.

21        Q     And what you know of Dino's utilization,

22   are you really saying that he couldn't afford to put

23   in the 399.5 hours that Watson did in electrical

24   engineering to handle this project timely?

25        A     So I mean if we look at the report here

1    that summarizes the electrical engineers'

2    utilization for 2016, 2017, 2018, when the bulk of

3    the detailed design work was going on in 2016,

4    Dino's utilization was 82.7 percent.  He was busy.

5    He was busy not only on Second Stage Lift, but he

6    was busy on other projects.

7         Q     Okay.  And that changed substantially in

8    2017?

9         A     Right.  When the project moved from

10   detailed -- when the Second Stage Lift Station

11   project moved from detailed design to bidding, to

12   construction, where the engineering role was

13   significantly less.

14        Q     You may have answered this, too.  Before

15   Watson was ever employed, who was handling -- and

16   now that I see all this work in Ohio that you talked

17   about, who was handling all these Ohio jobs?

18        A     So for northeast Ohio, which was

19   principally the Mary Street Pump Station for NEORSD,

20   that I was the project manager on, Dino was the lead

21   electrical engineer on that.  I brought Dino onto

22   that team to lead our electrical work.  For projects

23   that were going on in the Columbus and the

24   Cincinnati area, you know, those were being done,

25   again, that was before we came together, right,

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    80

1    those were being done by the electrical team in

2    Kentucky, in Lexington.  Larry Anderson and first

3    Darryl Evans, and then when Watson came on to

4    replace Darryl Evans, Watson.

5        Q    In that packet I gave you, and when you

6    looked at the personnel forms --

7        A    Yes.

8        Q    I'm going to refer you to Dino's

9    personnel files.

10       A    Okay.  I know that's in here.  You did

11   not have that flagged.

12            MS. RODRIGUEZ:  Is that marked as

13   something, John, like tabbed a certain way?

14            MR. ADAMCZYK:  This is the front page

15   (indicating).  Yes, right there.

16       A    It's about -- there's several forms in

17   there.

18            MR. ADAMCZYK:  It's tabbed for you.

19            MS. RODRIGUEZ:  I've got it.

20       Q    I'm looking at the personnel action forms

21   for Dino.  And I look at them, and they only go up

22   through December 2015.  There's nothing newer than

23   that that I can tell.  It goes from most recent to

24   the past.  And I don't see anything from December

25   2015 moving forward.  I mean it's not there.  Trust

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                          86

1    it was an uncomfortable situation.  And I wanted him

2    to know that everything -- you know, we did

3    everything that we could before we had to do that.

4         Q     And what did you tell him as far as you

5    did everything you could?

6         A     Well, he knew that.  I mean I told him

7    that we -- you know, and he was part of the

8    discussions that -- with Meredith at the time, that

9    we reached out to New Jersey, we reached out to New

10   York.  You know, we talked to David Watson, you

11   know, looking for opportunities.  It's just, you

12   know, the industrial market had dried up, and folks

13   left.  I think you've seen the documentation on

14   that.  So he moved into the water group.  And we

15   didn't have any projects that would support him to

16   be able to keep him at 32 hours a week.

17        Q     And what did he say, if anything?

18        A     He nodded.  You know, he acknowledged it.

19        Q     At any time prior to either reduction,

20   had anyone, including yourself, or anyone you knew

21   of, approached Dino about retirement possibilities?

22        A     Not to my knowledge.  I have never

23   brought that up to Dino.

24        Q     Did he ever bring that up to you?

25        A     Not to me, no.  And I'm not aware of him

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    87

1    bringing it up to anybody else.

2        Q    Are you aware of his age at the time

3    these personnel actions were taken in reducing his

4    hours?

5        A    I mean I knew Dino was older than I.  You

6    know, I don't know that I knew exactly what his age

7    was, but I knew he was older than I.  And I was --

8    it was two years ago, yeah, I would have been 62 at

9    the time.  But that was not part of the equation at

10   all.  The equation was work or no work.  There

11   wasn't work on the horizon to support 32 hours a

12   week, as we talked about.

13       Q    Did, at the time this occurred to Dino,

14   was anyone else -- did anyone else have their hours

15   reduced?

16       A    Mike Paine did.  We reduced Mike Paine's

17   hours the same day from 40 to 32, again based on

18   workload.

19       Q    And what type of engineer was he?

20       A    Mike is a structural engineer.

21       Q    Were there any other structural engineers

22   in that group?

23       A    There was one other one, structural civil

24   engineer.

25       Q    Who was that?

1    do with Mr. Laskey's reduction?

2         A     No.  I started with HDR in 2011.  And,

3    yeah, I mean I didn't assume any direct reports

4    until 2016, January of 2015 -- or, I'm sorry,

5    December of 2015, when the groups came together.

6         Q     Getting back to Watson's personnel action

7    form, it says transfer.  Would the rest of the group

8    that he was in out of Kentucky also have the words

9    transfer put on there?  We don't have them here, but

10   do you recall?

11        A     The one from December 27th, 2015 says

12   transfer.

13        Q     Yeah.

14        A     I would have to assume so.  I haven't --

15   you know, I don't -- haven't seen those forms, but I

16   don't know why David's would be any different from

17   anybody else's.

18        Q     And who else -- just give me a few names,

19   I might follow up on that, like who else would have

20   been transferred?

21        A     Kyle Schwieterman,

22   S-C-H-W-I-E-T-E-R-M-A-N.  Let's see, who else was

23   there at the time?  Patrick Eiden, E-I-D-E-N.  Aaron

24   Pummell, A-A-R-O-N, P-U-M-M-E-L-L.  Lee Tourek,

25   T-O-U-R-E-K.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                    92

1        Q      That's enough.  I just wanted some

2    examples that I might be able to get to see if

3    they're classified any differently as far as

4    transfer or something else.

5              MS. RODRIGUEZ:  And, John, those names

6    are on the spreadsheet that we produced for all of

7    the water business group employees from 2015 through

8    2018.

9              MR. ADAMCZYK:  Okay.

10             MS. RODRIGUEZ:  Just so if you need them.

11             MR. ADAMCZYK:  I need their -- I need

12   their transfer personnel action forms.  That's what

13   I'm asking for, or whatever it says.

14             MS. RODRIGUEZ:  You just want for

15   purposes of confirming whether they're categorized

16   the same?

17             MR. ADAMCZYK:  Yeah.  Thank you.

18       Q      Did any of your discussions with fellow

19   managers, or HR, in deciding to reduce Dino's hours,

20   have anything -- did his age ever come up?

21       A      No.

22       Q      Did his -- anything about being near

23   retirement come up?

24       A      No.

25       Q      So that wasn't a factor in deciding, hey,

1    the guy is old anyway, he should retire?

2           A      No, absolutely not.  Hey, you know, as

3    long as you enjoy what you're doing, keep doing it.

4    I mean I'm 64, going to be 65 next month, I'm not

5    planning on retiring.  That was his personal choice.

6    And it wasn't a factor whatsoever.

7           Q      Were there any -- were you aware of any

8    succession plans for Dino if he did retire, or got

9    sick or whatever?

10          A      Right, well, so we have design centers,

11   we call them ASMEC, probably referenced in what we

12   sent you.  It's architectural -- it stands for the

13   disciplines, architectural structural, mechanical,

14   electrical, controls.  And we have ASMEC centers in

15   certain locations around the country.  The one

16   that's closest to us is in Charlotte.  So if Dino

17   had decided to -- you know, if he won the lottery,

18   wanted to do something else and retired, you know.

19   And this is before David Watson came on board, we

20   would go to ASMEC.  And if it was after David Watson

21   came on board, and David was really busy, and Dino

22   wasn't -- you know, decided to leave us, we would go

23   to ASMEC.

24          Q      So is this like a resource that you

25   didn't have to specifically plan, because you're a

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    94

1    big company, and have people everywhere?

2        A      Yeah.  And we have -- there's multiple

3    ASMEC centers.  And they share work amongst

4    themselves.

5        Q      Concerning those centers, did you ever

6    look at -- or do you know anyone to look at whether

7    Dino could have worked out of any of those centers?

8        A      So we did -- yeah, we did talk about

9    that.  Not only for Dino, but for Mike and for

10   Jason, and for David.  And we -- and we did talk to

11   them when we were looking for work for Dino also, on

12   multiple occasions.  I think we felt that, you know,

13   it would be better for us to have those staff be

14   part of our department, part of our area.  You know,

15   we could get them engaged in marketing things.  They

16   would be a resource to us.  You know, and there

17   would be the comfort of reporting to somebody

18   locally that they knew.  So we had -- I guess we

19   had -- there was dotted line to them, from the

20   standpoint of we would always go to them and say

21   hey, you know, so-and-so is light, Dino is light,

22   Mike Paine is light, is there anything you can

23   share.  That was part of our effort to reach out.

24   And Larry Anderson, too, I don't want to discount

25   that.  I mentioned Larry.  You know, Larry in

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                    95

1    Lexington had, still has several electrical

2    engineers as part of his group.  So we would go to

3    Larry, we would go to ASMEC, we would go to other

4    client managers and project managers that Dino had

5    worked for, to -- basically reaching out to the

6    network to look for work for him.

7        Q    When you say reach out, was there

8    anything formal with regard to any of the

9    individuals you mentioned, the centers, the

10   contractors, whoever, is there anything formal sent

11   out, or was it just a phone call?

12       A    No, I would do both.  I would send

13   emails, and I would also call.

14       Q    I don't have any of those emails.

15       A    And, you know, and probably because they

16   were reported to Kim and Meredith, you know, they

17   would reach out.  I do know also that we had a

18   standing call with New York, New Jersey, at least

19   once a month, maybe twice a month, to talk about

20   work sharing opportunities that Kim and then

21   Meredith would participate on.

22       Q    I'm pretty sure I asked for all that

23   stuff.  And I didn't see any written documents about

24   reaching out to anyone, other than discussions

25   between the Pittsburgh people.  Do you think they

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    99

1      A      Well, you know, there was 400 hours or so

2   of work that we were able to get him engaged in, in

3   Columbus and Cincinnati area, that we talked about.

4   He was -- we were able to get Dino much more engaged

5   in the Columbus and Cincinnati work, than we were

6   able to get Watson, who was already busy, engaged in

7   work that Dino was leading on.  Other than Second

8   Stage Lift, which is what we've talked about the

9   circumstances for that already.

10     Q      What work did you try to get Watson

11  involved with in the Pittsburgh area upon transfer?

12     A      Well, he was -- you know, he and Dino

13  collaborated to -- you know, where Dino started

14  getting David engaged in quality reviews on a few of

15  the projects that we looked at on that combined

16  list, and then vice-versa.

17     Q      Of the projects that we already went over

18  that Dino had shared with Watson in Ohio, who -- who

19  was involved in making that happen?  In other words,

20  was it something that you left to Dino and Watson,

21  or was it something more structured?

22     A      Well, yeah, I mean it's both, actually.

23  I mean I encouraged Dino and David Watson to work

24  together, and figure out what makes sense to balance

25  their workloads.  And then when something came up

1   like Second Stage Lift, or the ARC Flash project in

2   Columbus, I encouraged them to collaborate.  I

3   encouraged Dino to get David involved in the Second

4   Stage Lift project, and I encouraged David to get

5   Dino engaged in the Columbus, ARC Flash pursuit.

6        Q     So beyond that, was anything done by you

7   or anyone else to get Dino more involved and more

8   hours in Ohio work?

9        A     Just through conversation.  I mean, you

10  know, I don't recall if we talked about this, but

11  what clients look for is, you know, they want

12  somebody working on their project that knows their

13  facilities.  You know, that David knows the Columbus

14  facilities, and that they know.  And proximity, you

15  know, a client doesn't want to pay for somebody

16  from, you know, pick a place, you know, Pittsburgh

17  to go to Columbus and do work when there's somebody

18  that's qualified and available in Columbus to do

19  that work.

20             So where it made sense, you know, from a

21  project standpoint, from a client standpoint, yes, I

22  absolutely encouraged that.  And, you know, I can --

23  if we look through the collective list, you know, I

24  can tell you that I got -- I asked David to get Dino

25  engaged in the Marion project, to at least do

1    reviews, and the Tiffin project, both for Aqua Ohio.

2          Q      Is there any specific Ohio projects that

3    you were trying to get to Dino himself?

4          A      Well, as we talked about, I mean there

5    was the Mary Street project that I selected Dino.  I

6    named Dino in the proposal, and I used Dino as my

7    lead electrical engineer on that project, which was

8    done in 2014, before we came together, before David

9    Watson joined.  And I selected Dino and put him in

10   the organizational chart for the Second Stage Lift

11   project.

12         Q      Other than that?

13         A      ARC Flash we talked about.  Marion and

14   Tiffin we talked about for Aqua Ohio.

15         Q      I noticed that Watson was making a lot

16   less than Dino.  Do you agree with that?

17         A      Yes.

18         Q      Was that involved in the decision to

19   provide Dino less work?

20         A      No, not at all.  Dino had significantly

21   more experience than David Watson did.

22         Q      When you had the meeting between Crall

23   and the others, and the HR rep, was Dino's age

24   brought up at all?

25         A      No.

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                                    103

1        A      I am not aware of that, no.

2        Q      Do you know if part of that process would

3    have involved that analysis?

4        A      I do not know.  I don't -- to my

5    knowledge, that did not happen.

6        Q      Did you make that analysis independently?

7        A      As to whether age discrimination played

8    into the decision?

9        Q      Yes.

10       A      Is that the question?  No.  In my mind,

11   you know, the decision had nothing to do with age.

12   It had everything to do with just the availability

13   of work.

14       Q      Your Answers to Interrogatories, I asked

15   not you -- well, I'll give you a copy.

16       A      I think I have one.

17              MS. RODRIGUEZ:  And I'd like to place an

18   objection on the record.  For the record, there

19   wasn't a topic notice for this corporate

20   representative that said anything about being

21   prepared to discuss the specifics of HDR's discovery

22   responses.  To the extent it relates to Attachment A

23   through D, obviously the witness can testify based

24   on his preparation.  To the extent it relates to

25   something outside of that, I will allow the witness

Transcript of Richard G. Atoulikian, Corporate Designee
Conducted on October 29, 2020                    105

1        A      No.
2        Q      So how are you sure that Randy Gilbert
3   was involved?
4        A      Because I talked to him.
5        Q      What did -- what went on about the
6   vacating of the office that Dino had?  Did you tell
7   Dino anything about he had to vacate his office?
8        A      So as part of the discussion where we
9   talked to him about reducing his hours, we also let
10  him know that, two things, number one is an office
11  space was at a premium at that time in the -- at our
12  location.  That, you know, we -- because he was
13  moving to PT 20, that, you know, that didn't merit
14  an office anymore.  And that, you know, we were
15  going to relocate him to a project manager office,
16  which is an office -- or cubicle, I should say,
17  project management cubicle next to the window.  And
18  we offered to move his things for him so he didn't
19  have to do it.
20       Q      And what did he say?
21       A      He didn't say anything.
22       Q      Did you tell him when you were going to
23  move his things?
24       A      I think we told him that we needed to
25  move them -- So we talked to Dino, I believe it was